ACCEPTED
14-14-00428-CV
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
1/30/2015 10:59:26 AM
CHRISTOPHER PRIN
CLERK

## CAUSE NO. 14-14-00428-CV

| | | |
|---|---|---|
| **IN THE INTEREST OF K.L.S.,** | § | **IN THE FOURTEENTH** |
| **A CHILD** | § | 14th COURT OF APPEALS |
| | § | HOUSTON, TEXAS |
| | § | **COURT OF APPEALS** |
| | § | CHRISTOPHER A. PRINE |
| | § | **HOUSTON, TEXAS** |

### AGREED MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF

TO THE HONORABLE JUSTICES OF THE COURT:

Patricia Surovik, Appellee, in the above referenced cause, files this, her Agreed Motion to Extend Time to File Appellee's Brief and would respectfully show the Court as follows:

1.      This is an Appeal from a cause styled IN the Interest of K.L.S., a child; in the 312th District Court of Harris County, Texas.

2.      Appellant appealed this cause after the trial court denied his motion to modify child support.

3.      Appellant timely filed his Notice of Appeal on May 30, 2014.

4.      The Clerk's Record was filed on July 9, 2014.

5.      The Reporter's Record was filed on July 10, 2014.

6.      Appellant filed his Brief on October 3, 2014 and Appellee did not receive notice of the filing. Appellee was made aware that a brief was filed after speaking with Appellant's Attorney, Joshua Clover, on January 20, 2015. Appellant's attorney forwarded a copy of the Appellant's Brief on January 22, 2015.

7.      Appellee respectfully requests an extension of time of 30 days from January 30, 2015, in which to file her Brief as she was just notified of the filing of Appellant's Brief and needs adequate time to prepare her brief.

8.      This is the first extension of time to file her Brief sought by Appellee .

This Motion is not made for purposes of delay, but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, Appellee prays that this Court grant this motion for an extension of time.

Respectfully submitted,

**ADAMS LAW FIRM**
23501 Cinco Ranch Blvd
Ste H205
KATY, TX 77494
Tel: (281) 391-9237
Fax: (281) 391-0451

By:_____
Sean R. Josephson
State Bar No. 24041215
srj@adamslawfirm.com
Attorney for Appellee

## CERTIFICATE OF CONFERENCE

I certify that on January 20, 2015, I contacted opposing counsel, Joshua S. Clover, by telephone concerning this motion. He indicated that he agrees with this motion.

_____
Sean R. Josephson

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on January 30, 2015.

_____
Sean R. Josephson